IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **MICHAEL SIBBLE,** | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 7:22-CV-015-DC-RCG |
| **ENDEAVOR ENERGY RESOURCES, LP,** | § § § | |
| Defendant. | § § § | |

## DEFENDANT ENDEAVOR ENERGY RESOURCES, LP'S SECOND AMENDED ANSWER

Pursuant to this Court's Order (ECF No. 3), Defendant Endeavor Energy Resources, LP, ("Endeavor") files this answer, including affirmative defenses, to Plaintiff Michael Sibble's ("Sibble") First Amended Petition.

### DISCOVERY CONTROL PLAN LEVEL

1. The discovery level pled by Sibble when this matter was filed in state court is inapplicable in federal court and, accordingly, the Endeavor denies that it applies or controls here.

### CLAIM FOR RELIEF

2. Endeavor admits that Sibble requested relief above $250,000 but below $1,000,000 and denies that Sibble is entitled to any relief.

### PARTIES AND SERVICE

3. Endeavor lacks sufficient information to admit or deny the location of Sibble's residence, the last three digits of his social security number, and the last three digits of his driver's license. Endeavor admits that Sibble may be contacted through his counsel.

4. Endeavor admits to the allegations stated in this paragraph.

### JURISDICTION AND VENUE

5. Endeavor admits that, prior to removal, the 385th District Court in Midland, Texas, had jurisdiction over the matter.

6. Endeavor admits to that venue is proper in Midland, Texas.

## EXHAUSTION OF ADMISTRATIVE REMEDIES

7. Endeavor admits that Sibble filed a charge of discrimination with the Texas Workforce Commission but denies that it was timely filed.

8. Endeavor admits that to the allegations in this paragraph.

9. Endeavor denies that the Original Petition was filed within the applicable statute of limitations under the Texas Labor Code and the First Amended Petition was filed within the applicable statute of limitations under the Age Discrimination in Employment Act ("ADEA").

10. Endeavor denies that Sibble has met all procedural prerequisites.

## FACTAL SUMMARY

11. Endeavor denies Sibble's job title and admits to the remaining allegations stated in this paragraph.

12. Endeavor lacks sufficient information to admit or deny Sibble's interactions with Manual Florez ("Florez") and denies the remaining allegations in this paragraph.

13. Endeavor lacks sufficient information to admit or deny Sibble's interactions with Florez and denies the remaining allegations in this paragraph.

14. Endeavor admits that Sibble had a Teams meeting with Amanda Cooke. Endeavor denies the remaining allegations stated in this paragraph.

15. Endeavor Admits that Sibble was terminated in a meeting with Lance Robertson and Cairy Philips on or about August 12, 2020. Endeavor denies the remaining allegations in this

paragraph.

16. Endeavor denies the allegations stated in this paragraph.

## CAUSES OF ACTION

### First Cause of Action
### Retaliation in Violation of the Texas Labor Code

17. Endeavor incorporates its responses from paragraphs 1 to 16.

18. Endeavor denies that Sibble is entitled to any relief under Texas Labor Codes.

19. Endeavor denies the allegations in this paragraph

20. Endeavor denies the allegations in this paragraph.

21. Endeavor denies the allegations in this paragraph.

22. Endeavor denies the allegations in this paragraph.

### Second Cause of Action
### Retaliation in Violation of the Age Discrimination in Employment Act

23. Endeavor incorporates its responses from paragraph 1-22.

24. Endeavor denies that Sibble is entitled to any relief under the ADEA.

25. Endeavor denies the allegations in this paragraph.

26. Endeavor denies the allegations in this paragraph.

27. Endeavor denies the allegations in this paragraph.

28. Endeavor denies the allegations in this paragraph.

### DAMAGES

29. Endeavor denies that Sibble sustained or is entitled to any damages.

### PUNITIVE DAMAGES

30. Endeavor denies that it engaged in a discriminatory practice with malice or with a reckless indifference and denies that Sibble is entitled to any punitive damages.

## ATTORNEY'S FEES

31. Endeavor denies that Sibble is entitled to any attorney's fees or costs.

## PREJUDGMENT AND POSTJUDGMENT INTEREST

32. Endeavor denies that Sibble is entitled to any prejudgment and postjudgment interests.

## RESERVATION OF RIGHTS

33. Endeavor denies that Sibble may amend his Complaint as necessary. Endeavor and Sibble will be subject to a Scheduling Order entered by this Court.

## JURY TRIAL DEMANDED

34. Endeavor admits that Sibble requested a jury trial.

## PRAYER

35. Endeavor denies that Sibble is entitled to any of the requested relief stated in his prayer.

## AFFIRMATIVE DEFENSES

Endeavor affirmatively pleads the following defenses. Endeavor specifically reserves the right to supplement with further applicable defenses as more facts become available. To the sole extent that any defenses or legal theories may be interpreted as being inconsistent, Endeavor states that such defenses or legal theories are pleaded in the alternative:

1. Sibble's suit is barred to the extent that he failed to properly exhaust his administrative remedies.

2. Endeavor did not unlawfully discriminate against Sibble in any term, condition, or privilege of his employment.

3. Endeavor's actions regarding Sibble were taken in good faith and for reasonable factors other than age.

4. Any alleged adverse employment actions taken concerning Sibble were taken for legitimate, nondiscriminatory, non-retaliatory business reasons.

5. Sibble was employed at-will and was subject to termination of employment for any legitimate reason, or for no reason at all.

6. Any damages for backpay to which Sibble may be found entitled should be reduced by Plaintiff's interim earnings, workers' compensation benefits, unemployment compensation benefits received, and other remuneration received, if any. *See* TEX. LABOR CODE § 21.258(c).

7. Any damages to which plaintiff may be found entitled should be reduced by the amount that Sibble earned or could have earned in the exercise of reasonable diligence to mitigate his damages.

8. Any alleged violations of state or federal statute by Endeavor were not committed with malice or with reckless indifference.

9. Sibble's claims for damages are subject to all applicable limitations on such damages as set forth in Texas Civil Practice and Remedies Code § 41.008, the Texas Labor Code § 21.2585, as well as any and all other relevant or applicable statutes.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Endeavor respectfully requests that Sibble's First Amended Petition be dismissed, that judgment that Sibble take nothing by this cause be entered, and that Endeavor be awarded its costs incurred in defense of Sibble's claims, as well as such other and further relief as the Court deems just and proper.

Dated: February 8, 2022          Respectfully submitted,

/s/ *Steven R. McCown*
**Steven R. McCown**
Texas State Bar No. 13466500
SMcCown@littler.com

**LITTLER MENDELSON, P.C.**

**Mailing address**
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
214.880.8100 (telephone)
214.880.0181 (facsimile)

**Physical address**
100 Congress Ave., Suite 1400
Austin, TX 78701
512-982-7251 (telephone)

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I certify that on February 8, 2022, a copy of the foregoing pleading was served through the Court's Electric filing system and emailed to the following:

Stephen Dodd
The Law Office of Stephen Dodd, PLLC
P.O. Box 925
Big Lake, TX 76932
Telephone: (325) 939 0855
Facscimile: (323) 269 0290
Email: stephen@doddattorney.com

                                                  /s/*Steven R. McCown*
                                                  Steven R. McCown